IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gordon P. Gallagher

Criminal Case No. 13-mj-00002-GPG
Date: August 15, 2013

UNITED STATES OF AMERICA,
Plaintiff,

vs.

KATHERINE R. FOSTER,
Defendant.

---

Minute Order

---

    Sentencing is set for August 20, 2013 at 10:00 a.m. before Magistrate Judge Gordon P. Gallagher.